# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 652 |
| | : | |
| ORDER AMENDING RULE 394 OF THE | : | SUPREME COURT RULES |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of November, 2014, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the modifications to Rule 394 of the Rules of Juvenile Court Procedure are approved in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.